UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>BENJAMIN BENTLEY,<br><br>               Defendant. | PO-18-5081-GF-JTJ<br>Ticket Number: 7392853<br>Location Code: M12<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Benjamin Bentley, was present in court and entered a plea of guilty to the charge of: CRIMINAL TRESPASS.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

       1.  Defendant must pay a fine in the amount of $100.00 plus $30.00 Special Assessment for CRIMINAL TRESPASS for a total of $130.00.  Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 71363, Philadelphia, PA 19176-1363.  Defendant may also pay online at www.cvb.uscourts.gov .  The fine shall be paid in full on or before 9/14/2018.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14)

days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).


Date of Imposition of Judgment: September 6, 2018.


___9/6/2018_____
Date Signed

_____
JOHN JOHNSTON
United States Magistrate Judge